## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:23-CV-80015-AMC

Plaintiff:
**JOHN ANTHONY CASTRO**

vs.

Defendant:
**DONALD J. TRUMP**

For:
JOHN ANTHONY CASTRO
12 PARK PLACE
MANSFIELD, TX 6063

Received by PALM BEACH EXPRESS on the 20th day of January, 2023 at 4:15 pm to be served on **DONALD J. TRUMP C/O JAMIE ALAN SASSON TICKTIN LAW GROUP PA, 600 W HILLSBORO BOULEVARD, SUITE 220, DEERFIELD BEACH, FL 33441-1610.**

I, KENNETH NAIL, being duly sworn, depose and say that on the **25th day of January, 2023 at 11:15 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND FIRST AMENDED VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **JOHN DOE as HEAD OF SECURITY** at the address of: **1100 S OCEAN BLVD., PALM BEACH, FL 33480**, who stated they are authorized to accept service for **DONALD J. TRUMP**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description of Person Served:** Age: 55+, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 205, Hair: SALT & PEPPER, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true pursuant to Florida Statute 92.525(2)

Subscribed and Sworn to before me on the 25th day of January, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Enii Cerrano Jr.
My Commission HH 291212
Expires 8/22/2026

KENNETH NAIL
CPS #1357

PALM BEACH EXPRESS
1122 WESTCHESTER DRIVE E.
WEST PALM BEACH, FL 33417

Our Job Serial Number: AAC-2023000033

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1u

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 23-80015-CIV-CANNON

JOHN ANTHONY CASTRO                )
12 Park Place, Mansfield, TX 76063  )
202-594-4344                        )
    Plaintiff,                  )
                                    )
v.                                  )
                                    )
DONALD J. TRUMP                     )
1100 S. Ocean Blvd, Palm Beach, FL 33480 )
    Defendant.                  )

FILED BY _MBB_ D.C.

FEB 02 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## NOTICE OF FILING OF SUMMONS RETURN

Plaintiff JOHN ANTHONY CASTRO, respectfully submits the attached Summons Return (Affidavit) effectively executed on an AUTHORIZED entity of Defendant Donald J. Trump on January 25, 2023 at 11:15 a.m. at the address of 1100 S. Ocean Blvd., Palm Beach, FL 33480.

Date: February _2_, 2023

                                    Respectfully submitted

By: _____
JOHN ANTHONY CASTRO
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 - 4344
J.Castro@JohnCastro.com
**PLAINTIFF *PRO SE***