February 10, 2023

FILED BY __NW__ D.C.

FEB 15 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Honorable Judge Aileen M. Cannon
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, Florida 33401
*Via: US Postal Service Priority Mail*

Re: In Re: John Castro; Appeal Number: 23-10429-J; Castro v. Trump; Cause no. 23-80015-CIV-CANNON

Dear Honorable Judge,

Enclosed for your records, please find a copy of the *Petition for Writ of Mandamus* which has been filed in connection with the above-referenced cause.

Sincerely,

*/s/ John Anthony Castro*
John Anthony Castro

Cc: Enclosure

No. 23-10429-J

UNITED STATES COURTS OF APPEALS

FOR THE ELEVENTH CIRCUIT

IN RE: JOHN ANTHONY CASTRO,

*Petitioner*

On Petition for a Writ of Mandamus to the United States

District Court of Appeals for the Eleventh Circuit

**PETITION FOR WRIT OF MANDAMUS**

**John Anthony Castro, Pro Se**
J.Castro@JohnCastro.com
12 Park Place
Mansfield, Texas 76063
Tel: (202) 594-4344

## CERTIFICATE AS TO PARTIES

The parties in the district court proceeding, Case No. 23-80015-CIV-CANNON, are as follows:

The Plaintiff is JOHN ANTHONY CASTRO.

Defendants is DONALD J. TRUMP.

# PETITION FOR WRIT OF MANDAMUS

## RELIEF SOUGHT

Pursuant to 28 U.S.C. § 1651 and Federal Rule of Appellate Procedure 21, John Anthony Castro respectfully petitions this Court to issue a writ of mandamus in aid of its appellate jurisdiction, directing the United States District Court for the Southern District of Florida West Palm Beach Division to permit John Anthony Castro, Pro Se to be allowed to register and file electronically through CM/ECF in the now pending in the case below, *John Anthony Castro, Plaintiff v. Donald J. Trump, Defendant,, No. 23-80015-CIV-CANNON.*

## ISSUE PRESENTED

In this challenge to the United States District Court for the Southern District of Florida West Palm Beach Division involving their Case Management/Electronic Case Files filing rules, should this Court exercise its discretion to issue a writ of mandamus directing the district court to permit Pro Se, John Anthony Castro to register and participate for electronic filing in their Court?

## STATEMENT OF FACTS

John Anthony Castro is a Pro Se litigant. The Unites States District Court for the Southern District of Florida West Palm Beach Division has a blanketed rule that Non-staff court reporters and Pro Se parties are not permitted to register for electronic filing in the US District Court. Limitations or restrictions on the First Amendment Right to petition the government for the redress of grievances in an efficient manner is violative of the First Amendment.

## REASONS WHY THE WRIT SHOULD BE ISSUED

The Unites States District Court for the Southern District of Florida West Palm Beach Division's rule to not permit Non-staff court reporters and Pro Se parties to register for electronic filing runs afoul of the First Amendment.

## CONCLUSION

For the reasons and authorities stated herein, Castro petitions this Court to issue this Writ of Mandamus to compel the lower Court to permit John Anthony Castro to register and participate in their Case Management/Electronic Case Files system so that he may efficiently litigate the now pending case in the United States District Court for the Southern District of Florida West Palm Beach Division, and grant Castro such other and furth relief as the court deems proper.

Dated: February 10, 2023

Respectfully submitted,

By: _____

John Anthony Castro, Pro Se
J.Castro@johncastro.com
12 Park Place
Mansfield, Texas 76063
Tel: (202) 594-4344

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type volume limitation of Rule 21(d)(i) of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this brief, the brief contains 444 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), and complies with the type style requirement of Fed. R. App. P. 32(a)(6), because it has been prepared in a 14 point proportionally spaced roman-style typeface (Times New Roman).

/s/ *John Anthony Castro*
John Anthony Castro

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, a true and accurate copy of the foregoing Petition for a Writ of Mandamus with accompanying Exhibits (if any) was served via U.S. First Class Mail and email on the following:

Donald J. Trump
1100 S. Ocean Blvd
Palm Beach, Florida 33480

/s/ *John Anthony Castro*
John Anthony Castro

**PRESS FIRMLY TO SEAL**      **PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRE



# PRIORITY® MAIL

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 8 FLAT-RATE ENVELOPE
ComBasPrice



## PRIORITY MAIL 2-D

  John Anthony Castro
12 Park Pl
Mansfield TX 76063-5306

SHIP TO:  Paul G. Rogers Federal Build
and U.S. Courthouse
701 Clematis St Rm 202
West Palm Beach FL 33401-

- Date of delivery specified*
- USPS TRACKING™ included to many major International destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

  * Domestic only

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

USPS TRACKING #



9405 5112 0620 3909 5637 1



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.