UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOHN ANTHONY CASTRO,

        *Plaintiff*,

v.

DONALD J. TRUMP,

        *Defendant.*

Case No. 9:23-cv-80015

MOTION TO APPEAR *PRO HAC VICE*

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTIONALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jacob F. Grubman of the law firm of IFRAH LAW, PLLC, 1717 Pennsylvania Avenue, NW, Suite 650, Washington, DC 20006, 202-852-5669, for purposes of appearance as co-counsel on behalf of Plaintiff Donald J. Trump in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jacob F. Grubman to receive electronic filings in this case, and in support thereof states as follows:

    1.      Jacob F. Grubman is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of New York and the Bar of the District of Columbia.

    2.      Movant, Lindsey Halligan, Esquire, 511 SE 5th Avenue, Fort Lauderdale, Florida 33301, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the

Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jacob F. Grubman has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jacob F. Grubman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jacob F. Grubman at email address: jgrubman@ifrahlaw.com.

WHEREFORE, Movant, Lindsey Halligan, moves this Court to enter an Order admitting Jacob F. Grubman to appear before this Court on behalf of Plaintiff Donald J. Trump, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jacob F. Grubman.

Date: February 16, 2022                                    Respectfully submitted

                                                           */s/ Lindsey Halligan*
                                                           Lindsey Halligan
                                                           Florida Bar No. 109481
                                                           511 SE 5th Avenue
                                                           Fort Lauderdale, FL 33301
                                                           Email: lindseyhalligan@outlook.com

                                                           *Counsel for President Donald J. Trump*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>　　　　*Defendant.* | Case No. 9:23-cv-80015 |

### CERTIFICATION OF JACOB F. GRUBMAN

Jacob F. Grubman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York and the Bar of the District of Columbia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jacob F. Grubman*
　　　　　　　　　　　　　　　　　　　　　　　　Jacob F. Grubman