UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>*Defendant.* | Case No. 9:23-cv-80015 |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* AND
REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jacob F. Grubman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jacob F. Grubman may appear and participate in this action on behalf of Plaintiff Donald J. Trump. The Clerk shall provide electronic notification of all electronic filings to Jacob F. Grubman, at jgrubman@ifrahlaw.com.

DONE AND ORDERED in Chambers at _____ , Florida, this _____ day of _____ 2023.

_____
THE HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE