February 22, 2023

FILED BY __NW__ D.C.

FEB 2 4 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Honorable Judge Aileen M. Cannon
Paul G. Rodgers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, Florida 33401
*Via: US Postal Service Priority Mail*

Re: In Re: John Castro; Appeal Number: 23-10531; *Castro v. Trump;* Cause No. 23-80015-CIV-CANNON

Dear Honorable Judge,

Enclosed for your records, please find a copy of the *Petition for Writ of Mandamus* in connection with the ruling issued on February 16, 2023 in regards to *Plaintiff's Motion to Disqualify Judge*, which has been filed in the United States Court of Appeals for the Eleventh Circuit.

Sincerely,

*/s/ John Anthony Castro*
John Anthony Castro

Cc: Enclosure



**UNITED STATES POSTAL SERVICE.**

```
              CITYVIEW
         7101 BRYANT IRVIN RD
      FORT WORTH, TX 76132-4135
              (800)275-8777
02/21/2023                        04:39 PM
------------------------------------------
Product              Qty   Unit      Price
                           Price
------------------------------------------
Prepaid Mail          1              $0.00
   Orlando, FL 32805
   Weight: 0 lb 3.00 oz
   Acceptance Date:
       Tue 02/21/2023
   Tracking #:
       9410 8112 0620 3984 1712 58

------------------------------------------
Grand Total:                         $0.00
------------------------------------------


Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
   and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
              1-800-222-1811.

   In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
       Associate can show you how.

            Preview your Mail
           Track your Packages
           Sign up for FREE @
      https://informeddelivery.usps.com

   All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

      Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.

------------------------------------------

UFN: 483248-0331
Receipt #: 840-57600632-2-6880204-2
Clerk: 09
```

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

delivery date specified for domestic use.

shipments include $100 of insurance (restrictions apply).*

cking® service included for domestic and many international destinations.

ternational insurance.**

d internationally, a customs declaration form is required.

es not cover certain items. For details regarding claims exclusions see the Manual at http://pe.usps.com.

tional Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**RATE ENVELOPE**
■ ANY WEIGHT

**KED ■ INSURED**


0001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 6 FLAT-RATE ENVELOPE
ComBasPrice
062S0001443317
9800532
FROM 76063

stamps
endicia
02/22/2023

## PRIORITY MAIL 2-DAY™



John Anthony Castro
12 Park Pl
Mansfield TX 76063-5306

SHIP TO:
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis St Rm 202
West Palm Beach FL 33401-5113

**USPS TRACKING #**



9405 5112 0620 3980 3461 38