IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 23-80015-CIV-CANNON

JOHN ANTHONY CASTRO )
12 Park Place, Mansfield, TX 76063 )
202-594-4344 )
    Plaintiff, )
)
v. )
)
)
DONALD J. TRUMP )
1100 S. Ocean Blvd, Palm Beach, FL 33480 )
    Defendant. )

FILED BY _____ D.C.

MAY 2 2 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**PLAINTIFF'S MOTION FOR RULING AND TO EXPEDITE CONSIDERATION**

Plaintiff John Anthony Castro ("Castro"), *Pro Se*, hereby files his Motion for Ruling and to Expedite Consideration and states in support of said motion as follows:

**INTRODUCTION**

1. On February 15, 2023, Defendant filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim in this cause.

2. On February 28, 2023, Plaintiff filed his Response in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim.

3. On March 7, 2023, Defendant filed his Reply to the Response at which point the issue was fully briefed.

4. To date, a ruling has yet to be issued on the matter.

## ARGUMENT

5. Local Rule 7.1(b)(4) mandates that "any motion in a civil case... that has been pending and fully briefed with no hearing set for a period of ninety (90) days... shall file a serve on all parties and any affected non-parties within fourteen (14) days thereafter a 'Notice of Ninety Days Expiring' which shall contain" all case information.

6. Ninety days after March 7, 2023, is Monday, June 5, 2023.

7. The Local Rule creates a red line that judges should not pass; not a standard due date.

8. Because Plaintiff has unquestionably established political competitor standing, the sole issue before the Court is whether Plaintiff has stated a claim upon which relief can be granted.

9. If the Court finds that Section 3 of the 14th Amendment is not self-executing, then Defendant loses a critical defense to criminal prosecution once used by Jefferson Davis.

10. If the Court finds that Section 3 of the 14th Amendment is self-executing, then Defendant is exposed to being declared constitutionally ineligible to hold public office in the United States effectively terminating his campaign for the Presidency.

11. There is no good outcome for Defendant. Coincidentally, the Court now grossly delays ruling on this issue of national importance.

12. Plaintiff will not relent until Defendant is held accountable for his crimes against our Republic.

13. If this Court does not rule on or before Monday, June 5, 2023, Plaintiff will pursue a Writ of Mandamus to compel a ruling.

## CONCLUSION

WHEREOF, John Anthony Castro, prays that this Court grants his motion and expedite the ruling and consideration of the pleading currently before this Court.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

I HEREBY CERTIFY that I have conferred with the attorney for Defendant, which are the only parties who may be affected by the relief sought in this motion, in a good faith effort to resolve the issues raised in the motion and Defendant's Attorneys with permission state they take no position on the matter.

Respectfully submitted,

May 22, 2023

By: _____
JOHN ANTHONY CASTRO
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 - 4344
J.Castro@JohnCastro.com

**PLAINTIFF *PRO SE***

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, a true and accurate copy of the foregoing *Motion for Ruling and to Expedite Consideration* was served on Defendant's counsel of record via emailing the forgoing document to Defendant's counsel of record as follows:

Lindsey Halligan
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

Jacob F. Grubman
IFRAH LAW, PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006
Email: jgrubman@ifrahlaw.com

_____
John Anthony Castro

4