# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH

| | |
|---|---|
| JOHN ANTHONY CASTRO, | |
| PLAINTIFF, | CASE NO.: 0:23-CV-80015-AMC |
| v. | |
| DONALD J. TRUMP, | COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY |
| DEFENDANT. | |

The undersigned counsel, Jacob F. Grubman of Ifrah Law PLLC ("Counsel"), counsel of record for Donald J. Trump ("Defendant"), respectfully requests leave of this Court to permit Counsel to withdraw as attorney of record for Defendant. Defendant has been informed of Counsel's intent to withdraw from representation. Counsel also has informed the plaintiff in this matter, John Anthony Castro ("Plaintiff"), who is appearing pro se, of Counsel's intent to withdraw.

Counsel's withdrawal is based upon irreconcilable differences between Counsel and Defendant and Counsel can no longer effectively and properly represent Defendant. Counsel's withdrawal at this time does not adversely impact any parties to this matter: discovery has not begun and there are no pending deadlines. Further, Defendant continues to be served by co-counsel on the matter, Lindsey Halligan, a member of the Florida Bar.

Based upon these facts, Counsel requests to be withdrawn as attorney of record for Donald J. Trump.

                                                      Respectfully submitted,

                                                    /s/   Jacob F. Grubman  
                                                  Jacob F. Grubman  
                                                  *Pro Hac Vice*  
                                                  Ifrah Law PLLC  
                                                  1717 Pennsylvania Ave., N.W. Suite 650  
                                                  Washington, DC 20006  
                                                  Telephone: (202) 852-5669  
                                                  Email: jgrubman@ifrahlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this __ day of June to John Anthony Castro, J.Castro@JohnCastro.com, 12 Park Place, Mansfield, TX 76063, counsel for Plaintiff.

   /s/   Jacob F. Grubman
Jacob F. Grubman
*Pro Hac Vice*
Ifrah Law PLLC
1717 Pennsylvania Ave., N.W. Suite 650
Washington, DC 20006
Telephone: (202) 852-5669
Email: jgrubman@ifrahlaw.com